IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| BRANDON RENFRO, | § | |
|    *Plaintiff*, | § | CIVIL ACTION No. 9:19-CV-100-RC-ZJH |
| | § | |
| v. | § | JUDGE RON CLARK |
| | § | |
| COMMONWEALTH FINANCIAL | § | KEB |
| SERVICES, INC., AND TRANS | § | |
| UNION CORP., | § | |
|    *Defendants*. | § | |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the court is Plaintiff's Joint Stipulation of Dismissal with Prejudice. [DOC. # 19]. The parties seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

It is **ORDERED** that in accordance with the parties' settlement agreement, all claims asserted are **DISMISSED** with prejudice with costs to be borne by each party incurring the same. All pending motions are **DENIED AS MOOT**. The Court retains jurisdiction to enforce any settlement. The Clerk is directed to close this case.

So **ORDERED** and **SIGNED** January 9, 2020.

                                                        Ron Clark, Senior District Judge